IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Karen Throckmorton, | : |
| Plaintiff, | : Case No. 2:15-cv-2772 |
| v. | : JUDGE ALGENON L. MARBLEY |
| Commissioner of Social Security, | : Magistrate Judge Kemp |
| Defendants. | : |

## OPINION & ORDER

On January 12, 2017, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 19), recommending that judgment be entered in favor of the Defendant on its evaluation of the Plaintiff's physical and mental limitations, including: (a) that Plaintiff had no ongoing problems from a 2010 blood clot or significant limitations from a 2014 embolism; (b) relying on the state agency reviewers restricting Plaintiff to light work; (c) that Plaintiff's mental impairments were not disabling and a reasonable person could conclude that Plaintiff could work; and (d) giving credence to a vocational expert's uncontradicted testimony that someone with Plaintiff's physical and psychological symptoms could still work.

The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on January 28, 2017, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

                                       <u>s/ Algenon L. Marbley</u>
                                       **ALGENON L. MARBLEY**
                                       **UNITED STATES DISTRICT JUDGE**

**DATED: February 16, 2017**